**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01759-CR

**NICHOLAS DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58570-V**

## ORDER

On August 5, 2014, this Court ordered court reporter Robin Benton to file, within fifteen days, a supplemental record containing State's Exhibit no. 45, a CD. To date, Ms. Benton has neither filed the supplemental record nor communicated with the Court regarding the status of the supplemental record.

Accordingly, we **ORDER** court reporter Robin Benton to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 45, a CD. If the supplemental record is not filed within the time specified, the Court will utilize the available remedies to obtain the exhibit, including ordering that Robin Benton not sit as a court reporter until she files the supplemental record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court; Robin Benton, official court reporter, 292nd Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE